UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY INSURANCE COMPANY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>BULMARO SEVILLA GUERRERO,  )<br>IVAN SEVILLA, and GONZALO  )<br>ANTILLON,  )<br>  )<br>  Defendants.  )<br>_____ ) | 1:07-cv-00583 AWI NEW (TAG)<br><br>ORDER GRANTING<br>REQUEST TO CONTINUE<br>SCHEDULING CONFERENCE<br><br>(Doc. 21) |

On July 24, 2007, Plaintiff and Defendants filed a Stipulation (Doc. 21) requesting an order continuing the date of the Scheduling Conference. The Court has considered the parties' Stipulation and finds that good cause exists to continue the Scheduling Conference. Accordingly, the Court makes the following orders:

1. The Scheduling Conference is continued from August 1, 2007 to Wednesday, September 19, 2007 at 9:00 a.m. before the undersigned in Court chambers located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301.

2. Counsel may appear telephonically by arranging a one-line conference call to chambers at (661) 326-6620. Any counsel with questions regarding arrangements for a telephonic appearance may contact Courtroom Deputy Alan Leon Guerrero at the above telephone number at least one court day prior to the Scheduling Conference.

///

///

1

3. On or before September 12, 2007, the parties shall (a) file a Joint Scheduling Report, and (b) transmit a copy of the Joint Scheduling Report to tagorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **July 25, 2007**        **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE

2