IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY INSURANCE COMPANY, ) | CIV F 07-583 AWI TAG |
| ) | |
| Plaintiff, ) | ORDER VACATING AUGUST |
| v. ) | 6, 2007 HEARING DATE AND |
| ) | TAKING MATTER UNDER |
| BULMARO SEVILLA GUERRERO, ) | SUBMISSION |
| IVAN SEVILLA, and GONZALO ) | |
| ANTILLON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant Antillon's Rule 12(b)(1) motion to dismiss is pending in this action and is set for hearing on Monday, August 6, 2007.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 6, 2007, is VACATED, and the parties shall not appear at that time.  As of August 6, 2007, the Court will take Defendants's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  August 1, 2007           /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE